**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7366**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT LEE PERNELL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David J. Novak, Magistrate Judge. (3:09-cr-00452-REP-DJN-1)

Submitted: March 13, 2018                    Decided: March 16, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert L. Pernell, Jr., Appellant Pro Se. Olivia L. Norman, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Pernell, Jr., appeals the magistrate judge's order denying his motion for transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we deny Pernell's motion to expedite as moot and affirm for the reasons stated by the magistrate judge. *United States v. Pernell*, No. 3:09-cr-00452-REP-DJN-1 (E.D. Va. Sept. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*